UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

David Steven Braun
PO Box 563
Gallatin Gateway, MT 59730-0563

VS

Case: 1:16-cv-02079
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/17/2016
Description: FOIA/Privacy Act (I Deck)

Motion/Explanation off Po Box as part of
Mailing address

United States Post Office
475 L'enfant Plaza SW
Washington, DC 20260-2101

Office of Management And Budget
725 17th Street, NW
Washington DC, 20503

  Note to the Clerk, explanation to the court. I am submitting this Pro Se, and am using my ski condo in Rule Montana as my residence. I am located in Big Sky, about 50 miles up a windy mountain road from the City of Bozeman. There is no actual us mail delivery to my door. In Big Sky all Us Mail is delivered to a PO Box at the Big Sky post office about a mile away from my condo, 55 Meadow Center Dr, Big Sky. Buy Police Order, my big sky PO Box has been closed. I am using the nearest Fully Federal Post office to Big Sky. Gallatin Gateway is about 30 miles down a canyon road.

  Note that both the post office box and my property are located in Gallatin County. Which is in Montana. I.E I am under the same set off laws. Also note the Montana DMV was happy to put a PO Box as my legal mailing address and put it on my driver's license. I realize that it is important to establish the location off legal residence for a number off reasons least off which is that it determines which set off laws and which venues a case can be submitted in. In either case, I am a resident off Gallatin County, in the state off Montana.

  Please let me make the court aware, it is my understand that the post office has the right to return mail, if the PO Box is not part off the address label. These are legal proceedings, this has caused problems in the past. People halve intentionally addressed legal documents from the local court house to 155 Aurora Light Dr B10 which is not deliverable and they were returned. This generated a warrant for contempt failure to appear. I was accosted out off my Condo after returning from vacation buy local police put in hand cuffs and forced to ride 50 miles in the back off a police car, booked into jail and dumped out onto the street off Bozeman on a Saturday Evening

RECEIVED
Mail Room

OCT 17 2016

Angela …
U.S. District Court … of Colum…

Had I not been able for any reason to make bail. I don't believe I would halve been alive buy Monday Morning.

    A note to the clerk and Judge's on this case. Their has been some illegal wire tapping, Since the billing and legal mailing address off the Condo is a PO Box, this is the address you would put into any computer to find out the occupants/background when among other things evaluating say a cell or land line for a wire tap, or a pre screening off an applicant who is being considered for a job in say hedge fund trading.

    Please let me also state, there has been considerable and malicious tampering in the computer systems to among other things gain these court ordered electronic surveillance warrants. You may be misled buy what you see on your computer screen's in DC. I halve included a DOJ Stipulation of Identity.

    If the court cannot verify my identity through the Postal Address Database, I would be happy to speak to a uniform or pass through US Marshalls Security check point at one off Montana's Federal Court Houses. Then you would halve an entry in their log book as if this case were handed to the clerk in person.

David Steven Braun

PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
Dsb522@4securemail.com

10/14/2016

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

David Steven Braun

VS                                          Motion to Grant Electronic Document
                                            Filling for Pro Se
United States Post Office

     I respectfully request that the court grant Electronic Case filling privileges as I am representing my self.  I halve a computer science degree and halve worked in various technical capacities for most off my adult life.  I have a very good internet connection, am using advanced virtual private network software and encrypted email.  I halve a Pacer account and am also equipped with a fax, inkjet printer and two scanners.

David Steven Braun

*David S Braun* (signature)

PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
Dsb522@4securemail.com

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

David Steven Braun

     Plaintiff,

VS                                                                              Evidence Disk

United States Post Office

     Defendant,

     In addition to the Paper Complaint, please include this Evidence CD.

It contains several sound bits from police traffic stops, as well as PDF off the entire Postal Inspector General FOIA response. This includes all my complaints rather than just the Denial Letter. There is 75-100 pages in the response. These documents should be viewable buy chamber's when they review the denied records.

     It also contains the results off the subpoenas severed in the Justice Court, and a copy off the complaint.

David Steven Braun
PO Box 563
Gallatin Gateway, MT 59730-563
406-404-2027
Dsb522@4securemail.com

*David S Braun*

5/13/2016