UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

David Steven Braun

VS                                                              Case 1:16-cv-02079

United States Post Office

## Response/Cross Motion For Summary Judgement

It is my understanding that according to the supreme court Pro Se Litigants are supposed to be given every opportunity and that no stone should be left unturned in evaluating the complaint for legal merit.  As stated in this complaint,  I believe that section C & D off the Privacy Act Civil Clause were violated and that I am entitled to Actual Damages that can be awarded buy this court under the Law.

Now,  the US Government is trying to say that this is bared buy the two year Statute of Limitations Clause in the Privacy Act.   I do not believe that this is correct.  As previously stated, this is a complicated complaint,  it does not just involve a single issue.   There are several more general points off law,  including 42 USC 1983 and 28 U.S. Code & 1339.   While these sections of law do not provide for Actual Damages they do provide for a longer statue of limitations,  at least 3 years in DC if not more.   I would like to point out that this case has been on the docket for over a year, it was not simply dismissed upon service, we are in court.

In the Memorandum and Oppion it was stated that the Court does agrees with USPS that to the extent claims arising from the USPS purported negligent transmission of letters etc, these claims are bared buy Sovereign Immunity.  The Court did not dismiss the complaint on a SOL argument.  Unfortunately,  the complaint was just dismissed, due to halving to use intelligence assets to correct the problem and will probably need to be re-served to correct the remaining part.

So we halve been in court against the US Post Office for over a year,  in addition,  while Tort submission was over two year from the Docketing off the Law Suite,  the requests for results of feral law enforcement investigations that were denied,  that in my oppion will show conclusive proof that C & D were violated were made well with the two year window of SOL clause in the Privacy Act.   While there is  some overlap,  there were two  subpoena's and the

request for production which up to this point halve been denied to me would independently show C & D violations well within the two year SOL in the privacy act.

And third, to the government tries to state that the privacy act violations were older than two years. It exhibits a standard form 95 dated 1-17-2014. While this is true, and be truthful, had all the issues stopped at that point, I probably would not halve brought this suite again, but I will show in the Brief, that in addition to being denied all results off any investigation, and the requested discovery in this case, that their were systemic and repeated C & D violation that continued from 1-17-2014 to well past the creation and docketing off this law suite.

As the part of the complaint that is not bared buy Sovereign Immunity is still before this court, and that I originally request a 5,000,000 income for life as compensation for this issue, I am requesting the court award a Judgement at this time of 3,000,000 dollars for life payable in monthly instalments. Anything further would be done after a re-submission and dismissal with Pre-Judice and then a submission through normal channels where Civil Compensation is appropriate for issues bared buy Sovereign Immunity.

A Detailed brief will follow.

David Steven Braun

*David S Braun*

PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
Dsb522@4securemail.com

1/10/2018